**Fred D. DOUTY, Plaintiff–Appellant,**

v.

**David BALLARD, Warden, Mt. Olive Correctional Complex; Paul Perry, Associate Warden of Security, Mt. Olive Correctional Complex; Steve Caudill, Captain, Mt. Olive Correctional Complex; Ronnie Williams, Captain, Mt. Olive Correctional Complex; Chris Blake, Principal, Mt. Olive Correctional Complex; James Pennington, Educational Instructor, Mt. Olive Correctional Complex; and; Mike Clemens, Case Manager, Mt. Olive Correctional Complex; are sued in their individual and official capacities, Defendants–Appellees.**

**No. 15–6484.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 24, 2015.

Fred D. Douty, Appellant Pro Se. John Herbert Boothroyd, West Virginia Division of Corrections, Charleston, West Virginia; Greg S. Foster, Assistant Attorney General, Charleston, West Virginia, for Appellees.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred D. Douty appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying Douty's motion to amend his amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Douty v. Ballard*, No. 2:13–cv–24714 (S.D.W.Va. Mar. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*